```
JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
    38 CORPORATE PARK, SUITE D
    IRVINE, CA  92714
    714-474-2055
Attorneys for the Plaintiff
```



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              COURT NO: 92 A 20516
        Plaintiff,

    v.                                 DEFAULT JUDGMENT

CHERYL D. JOHNSON
A/K/A CHERYL D. KENDRICK

        Defendant(s).
_____/



In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from CHERYL D. JOHNSON

the sum of $7,896.70 as principal, $3,651.90 as accrued prejudgment interest, $0 administrative charges, and $0 costs, plus $1,292.00 attorney fees for a total amount of $12,840.60, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: AUG 1 7 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____
    Deputy Clerk